BENJAMIN S. BUCKLEY and JOSEPH B. MORSE, Respondents, *v.* WILLIAM P. C. STEBBINS, Appellant.

Where the respondents obtained a judgment on the 23d of December, 1851, and the appeal bond was filed on the 24th of December, and a certificate of the clerk of the same Court dated February 2d, 1852, that no transcript, record, or other papers in the cause had been filed; and the affidavit of respondent's produced that the appeal was taken for delay; the Court ordered the appeal to be dismissed, with 10 per cent. damages and costs.

Appeal from the District Court of the Fourth Judicial District.

February 3d. *A. Williams, Esq.*, for the respondents, filed a certificate of the clerk below, with the seal of the Court, that the respondents obtained judgment, December 23d, 1851, for $2,552, and that the appeal bond was filed December 24th, 1851: and the certificate of the clerk of this Court, dated February 2d, 1852, that no transcript, record, or other papers in the cause had been filed: and an affidavit of the respondents that the appeal was taken for delay; whereupon the Court, on motion of Mr. *Williams,* ordered that the appeal be dismissed; and it was also ordered that the appeal be dismissed, with 10 per cent. damages and costs.